

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cecil Allan Moore, Appellant

No. 06-20-00064-CR          v.

The State of Texas, Appellee

Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-1294-14). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Cecil Allan Moore, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 2, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk